IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:03-cr-00059-MP-AK

SUSAN DYE MUMMAU,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 200, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Motion to Vacate, Doc. 183, be denied. The Magistrate Judge filed the Report and Recommendation on Wednesday, August 1, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

Under the then-mandatory Sentencing Guidelines, Defendant Mummau was sentenced to twenty-four months incarceration. In her motion to vacate, Defendant states that because the Supreme Court declared the mandatory nature of the Guidelines unconstitutional, United States v. Booker, 542 U.S. 124, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), she should be resentenced. The Eleventh Circuit has held that "Booker's constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review." Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005). Also, as the Magistrate points out, because the Eleventh Circuit could not foresee the applicability of Blakely to the Sentencing Guidelines, counsel cannot be deemed ineffective for lack of similar foresight.

Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant Mummau's Motion to Vacate is DENIED.

**DONE AND ORDERED** this __14th__ day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge