| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:03CR59-004 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Susan Dye Mummau<br>1094 County Road 46<br>Crossville, Alabama 35962 | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Maurice M. Paul, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 21, 2006    TO March 20, 2010 |

**OFFENSE**

Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute More Than 100 Marijuana Plants

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_August 21, 2007_          _Maurice M Paul_
Date                                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_September 17, 2007_          _Sharon Lovelace Blackburn_
Effective Date                                        United States District Judge